# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PULIDO,<br><br>                            Plaintiff,<br>  vs.<br>JO ANN B. BARNHART,<br><br>                           Defendant. | CASE NO. 06CV1353-LAB (CAB)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

      On June 30, 2006, Plaintiff filed a Complaint for Judicial Review and Remedy on Administrative Decision Under the Social Security Act, requesting that the decision of the Commissioner of Social Security, denying her a period of disability and disability insurance benefits, be reversed.

      The Administrative Law Judge who heard Plaintiff's claim issued a decision dated April 22, 2004, finding Plaintiff was not disabled. Following Plaintiff's appeal, the Appeals Council remanded the claim for further proceedings. The Administrative Law Judge issued a second decision dated September 21, 2005, finding Plaintiff was not disabled. The Appeals Council denied review of this decision.

      This matter was referred to Magistrate Judge Cathy Bencivengo for report and recommendation pursuant to 28 U.S.C. § 636. On October 23, 2006, Plaintiff filed a motion for reversal or remand, which Judge Bencivengo construed as a motion for summary judgment. On November 20, 2006, Defendant filed a cross-motion for summary judgment. On August 22, 2007, Judge Bencivengo issued

1  her report and recommendation (the "R&R"), recommending that Plaintiff's motion be denied and
2  Defendant's motion be granted. The R&R also permitted the parties to file objections to the R&R no
3  later than September 5, 2007. Neither party has filed objections to the R&R.

4        A district judge "may accept, reject, or modify the recommended decision" on a dispositive
5  matter prepared by a magistrate judge proceeding without the consent of the parties for all purposes.
6  Fed. R. Civ. P. 72(b); *see* 28 U.S.C. §636(b)(1). "The court shall make a de novo determination of
7  those portions of the [report and recommendation] to which objection is made." 28 U.S.C. §636(b).
8  Moreover, 28 U.S.C. Section 636(b)(1) does not require some lesser review by the district court when
9  no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). The Ninth Circuit has
10 interpreted the language of 28 U.S.C. Section 636(b)(1), and determined that the "statute makes it clear
11 that the district judge must review the magistrate judge's findings and recommendations de novo *if*
12 *objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir.
13 2003) (en banc).

14       The Court has reviewed the R&R and finds it correct. Accordingly, the Court **ADOPTS** the
15 Report and Recommendation. **IT IS FURTHER ORDERED** that Plaintiff's motion for reversal or
16 remand is **DENIED**, Defendant's cross-motion for summary judgment is **GRANTED**, and the
17 Commissioner's decision denying disability benefits is **AFFIRMED**.

19       **IT IS SO ORDERED**.
20 DATED: September 7, 2007

                                         */s/ Larry A. Burns*
                              **HONORABLE LARRY ALAN BURNS**
                              United States District Judge